**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Makayla D Moore | ) | Chapter 13 |
| | ) | Case No. 24 B 08439 |
| Debtor(s) | ) | Judge David D. Cleary |
| Printed: 10/31/2025 | | Filed: 06/07/2024 |

## ORDER OF DISCHARGE OF TRUSTEE

After examination of the final report and account of the trustee, the court finds that Marilyn O Marshall has fulfilled her obligaions as trustee.

NOW THEREFORE IT IS ORDERED THAT:
Marilyn O Marshall is discharged as trustee and released from all further liabliltiy in this case, and trustee's surety is also released and discharged.

FOR THE COURT

Date: 10/31/2025

Jeffrey P. Allsteadt
Clerk of the Bankruptcy Court